Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★  ★  ★    ★  ★  ★

# MEMORANDUM OPINION

No. 04-09-00692-CV

Remigio **MARTINEZ**,
Appellant

v.

Honorable Catherine **TORRES-STAHL**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08605
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed: May 12, 2010

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM